## H. C. Forney, Appellee, v. Crawford Locomotive & Car Company, Appellant.

### Gen. No. 5,849.   (Not to be reported in full.)

Appeal from the Circuit Court of La Salle county; the Hon. EDGAR ELDRIDGE, Judge, presiding.   Heard in this court at the October term, 1913.   Reversed.   Opinion filed April 15, 1914.

### Statement of the Case.

Action by H. C. Forney against Crawford Locomotive & Car Company, a corporation, to recover a balance claimed to be due for wages.   The plaintiff was a brother of the plaintiff in the case of *Forney v. Crawford Locomotive & Car Co., ante*, p. 231, and hired out at the same time and each testified for the other substantially to the same facts as in that case.   This case is practically and substantially the same as that case and the decision rendered therein *held* controlling.

ROBERT E. LARKIN, for appellant.

No appearance for appellee.

MR. PRESIDING JUSTICE WHITNEY delivered the opinion of the court.

---

## T. D. Murdock et al., Appellants, v. The Calgary Colonization Company, Appellee.

### Gen. No. 5,850.   (Not to be reported in full.)

Appeal from the Circuit Court of Warren county; the Hon. ROBERT J. GRIER, Judge, presiding.   Heard in this court at the April term, 1914.   Appeal dismissed.   Opinion filed April 15, 1914.